P. J. SPEAR et als. *v.* M. HAGELBERG.—M. BARNETT, JUN., Syndic, Plaintiff in rule, Appellant.

Proceedings by sequestration against an absconding debtor, under the Act of 1826, before a different tribunal from that of the domicil of such absconding debtor, are *coram non judice.*

APPEAL from the District Court of the Parish of Jefferson, *Burthe,* J. H. R. *Grandmont, C. E. Hiestand* and others, for plaintiffs. *G. Schmidt,* for appellant.

BUCHANAN, J. *Miller Hagelberg,* a merchant or trader, residing in the parish of Jefferson, absconded or concealed himself to avoid the payment of his debts. Four of his creditors attached his property, by separate suits filed in the District Court of Jefferson.

Subsequently, three other creditors of *Hagelberg* joined in a sequestration of his property, under the Act of 29th March, 1826, by petition addressed to the Third District Court of New Orleans. A meeting of the creditors was convened by order of said Court, upon such petition, at which *Morris Barnett* was appointed syndic.

The syndic now takes a rule in the four suits pending in Jefferson parish, upon the plaintiffs in said suits, to show cause why the funds in the hands of the Sheriff of Jefferson, under the attachments levied in those suits, should not be delivered to him for administration.

The District Court did not err in dismissing this rule. The petition filed in the District Court of New Orleans, which was given in evidence herein, shows by its allegations that the domicil of *Hagelberg,* at the time of his absconding, was in the parish of Jefferson. The same fact is proved by several witnesses examined on the trial of the rule. The proceedings for a sequestration, under the Act of 1826, were, therefore, *coram non judice.*

The appellant relies upon the case of *Rippey* v. *Drumgoole,* 8th Martin, 711; but that case is not in point. That was a case of change of domicil, implied from circumstances which have no analogy to the facts of the present case.

In the case of *Levois* v. *Gerke,* 12 An. 828, also quoted by appellant, there was no question of want of jurisdiction *ratione personæ* in the court from which the writ of sequestration issued.

Judgment affirmed, with costs.